■ CSMC 2007-C1 Oswego Road, LLC, Respondent, v Kimbrook Route 31, LLC, et al., Appellants, et al., Defendants. (Appeal No. 2.) [992 NYS2d 656]—Appeal from a judgment of the Supreme Court, Onondaga County (Deborah H. Karalunas, J.), entered February 28, 2014. The judgment ratified and confirmed a report of a referee and ordered a foreclosure sale.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs.

Same memorandum as in *CSMC 2007-C1 Oswego Rd., LLC v Kimbrook Rte. 31, LLC* ([appeal No. 1] 120 AD3d 1539 [2014]). Present—Scudder, P.J., Smith, Centra, Fahey and Peradotto, JJ.